Opinion approved by the Court.

## DUKES v. STATE.
### No. 25534.

Court of Criminal Appeals of Texas.

Dec. 5, 1951.

Rehearing Denied Jan. 23, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner

The unlawful sale of whisky is the offense; the punishment, a fine of $100.

In the absence of a statement of the facts leading to this conviction, and no bills of exception appearing in the record, nothing is presented for the consideration of this court.

The judgment is affirmed.

Opinion approved by the Court.